NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUANZHOU FENGZE DAXIONG NET TECH CO., LTD.,**

*Plaintiff-Appellant*

**v.**

**AB MILL, LLC, MICHAEL H. DOMESICK,**

*Defendants-Appellees*

---

2025-1650

---

Appeal from the United States District Court for the District of Massachusetts in No. 3:24-cv-13085-MGM, Judge Mark G. Mastroianni.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 QUANZHOU FENGZE DAXIONG NET TECH CO., LTD. V. AB MILL, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

May 27, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 27, 2025